Writ refused. The return of the trial judge considered, we find no abuse of discretion in this matter.

203 So.2d 554

**Clyde Ray JENNINGS**

**v.**

**RALSTON PURINA COMPANY et al. and Aetna Insurance Company et al.**

No. 48888.

Nov. 6, 1967.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

SANDERS and SUMMERS, JJ., are of the opinion the writ should be granted.

203 So.2d 554

**Clyde Ray JENNINGS**

**v.**

**RALSTON PURINA COMPANY et al. and Aetna Insurance Company et al.**

No. 48890.

Nov. 6, 1967.

The application is denied. According to the facts of the case as found to be by the Court of Appeal, the judgment complained of is correct.

SUMMERS, J., is of the opinion the writ should be granted.